UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16cr2091-02-AJB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| JOSE ALFREDO CEJA GUTIERREZ (2), | **(Doc. No. 18)** |
| Defendant. | |

Upon motion of the United States of America, IT IS HEREBY ORDERED that the Information [Dkt. 29] in the above-entitled case be dismissed, as to Jose Alfredo Ceja Gutierrez, without prejudice.

IT IS SO ORDERED.

Dated:  October 11, 2016

_____
Hon. Anthony J. Battaglia
United States District Judge